**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CORY M. FORD, ESQ.
Nevada Bar No. 15042
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cory@lagomarsinolaw.com
*Attorneys for Plaintiff Michael Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE OFFICER ROSE, individually; LAS VEGAS METROPOLITAN POLICE OFFICER PIEKARSKI, individually; LAS VEGAS METROPOLITAN POLICE OFFICER OSWALD, individually; and LAS VEGAS METROPOLITAN POLICE OFFICER MENDEZ, individually,<br><br>Defendants. | CASE NO:   2:19-cv-01663-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 31)**<br><br>*(First Request)* |

WHEREAS Defendants Officer Kevin Mendez, Officer Zachary Piekarski, Officer Michael Rose, Officer Coleman Oswald, and the Las Vegas Metropolitan Police Department ("LVMPD") (collectively "LVMPD Defendants") filed a Motion for Summary Judgment on October 12, 2020 (ECF No. 31).

/ / /

/ / /

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiff to file his Response to LVMPD Defendants' Motions for Summary Judgment. The current deadline for Plaintiff to respond to LVMPD Defendants' Motions for Summary Judgment is **November 2, 2020**. The new deadline for Plaintiff to respond to LVMPD Defendants' Motion for Summary Judgment will be **November 23, 2020**. As such, the new deadline for LVMPD Defendants' Reply brief will be **December 21, 2020**.

This extension is the first request and is not for the purpose of delay. Good cause exists because one (1) of the legal assistants for Plaintiff's counsel has suddenly been quarantined due to testing positive for COVID-19. As a result, Plaintiff's counsel's entire firm was forced to undergo immediate COVID-19 testing, which resulted in the attorney that was tasked with drafting the response brief having to work from home.

Additionally, the partner of the firm for Plaintiff is unavailable for roughly two (2) weeks which resulted in the attorney that was tasked with drafting the response brief having to cover multiple appearances for the partner of Plaintiff's counsel's firm.

Due to these unfortunate circumstances, the drafting attorney's availability during this time has been limited to devote adequate time to crafting the response to LVMPD Defendants' brief as he has been forced take on additional briefing and discovery efforts as well as cover multiple depositions in other cases that would have otherwise been allocated for the drafting of a response brief (all while having to coordinate these things away from home).

Furthermore, LVMPD Defendants' motion is extensive and voluminous, which requires a thorough and thoughtful response by Plaintiff.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED AND AGREED.**

DATED this 16th day of October, 2020.                DATED this 16th day of October, 2020.

**LAGOMARSINO LAW**                                  **KAEMPFER CROWELL**

*/s/ Cory M. Ford*                                   */s/ LYSSA ANDERSON*
Andre M. Lagomarsino, Esq. (#6711)                   Lyssa S. Anderson, Esq. (#5781)
Cory M. Ford, Esq. (#15042)                          1980 Festival Plaza Drive, Suite 650
3005 W. Horizon Ridge Pkwy., #241                    Las Vegas, Nevada 89135
Henderson, Nevada 89052                              *Attorney for LVMPD Defendants*
*Attorneys for Plaintiff Michael Brown*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 21, 2020