LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Officer Kevin Mendez, Officer Zachary Piekarski,*
*Officer Michael Rose and Officer Coleman Oswald*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE OFFICER ROSE, individually; LAS VEGAS METROPOLITAN POLICE OFFICER PIEKARSKI, individually; LAS VEGAS METROPOLITAN POLICE OFFICER OSWALD, individually; LAS VEGAS METROPOLITAN POLICE OFFICER MENDEZ, individually,<br><br>Defendants. | CASE NO.:   2:19-cv-01663-JCM-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE BILL OF COSTS** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the current deadline to file a Bill of Costs in this matter—October 13, 2021—be extended until November 1, 2021.  The parties request the current deadline be extended until after the deadline to appeal the Order on LVMPD Defendants' Motions for Summary Judgment [ECF No. 41] which is October

29, 2021.  The parties are currently in discussions about the costs in this matter and any appeal of the Order.

IT IS SO STIPULATED this 13th day of October, 2021.

KAEMPFER CROWELL

By:   /s/ Ryan W. Daniels
    LYSSA S. ANDERSON
    Nevada Bar No. 5781
    RYAN DANIELS
    Nevada Bar No. 13094
    1980 Festival Plaza Drive, #650
    Las Vegas, Nevada 89135
    **Attorneys for Defendants**

By:   /s/ Andre M. Lagomarsino
    Andre M. Lagomarsino, Esq.
    Nevada Bar No. 6711
    LAGOMARSINO LAW
    3005 W. Horizon Ridge Pkwy, #241
    Henderson, Nevada 89052
    **Attorney for Plaintiff Michael Brown**

**IT IS SO ORDERED.**

DATED October 14, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE